# In the United States Court of Federal Claims

No. 14-494C
(Filed: January 16, 2015)

|  |  |
|---|---|
| MUHAMMAD TARIQ BAHA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**O R D E R**

As discussed in the telephonic status conference held on January 15, 2015, the court now **ORDERS** the following:

Defendant's Motion to Dismiss (ECF No. 9) is **STAYED**.  Plaintiff shall have until **March 16, 2015** to amend his complaint to address the issues raised in the defendant's complaint, including:

1. Whether the complaint is in compliance with Rule of the Court of Federal Claims ("RCFC") 9(k)'s requirement that a party identify the substantive provisions of the contract on which the parties is relying, or, in the alternative, attaches a copy of the contract to the complaint.  In this connection, the plaintiff shall only make claims based on documents that can be located and attached to the amended complaint.

2. Whether this court has jurisdiction with respect to plaintiff's claim for rent allegedly due between September 2012 and March 2014.  In that connection, plaintiff should address the question of whether he has complied with the provisions of the Contract Disputes Act ("CDA") requiring a contractor to submit a claim to the contracting officer before filing a lawsuit in the Court of Federal Claims.  See 41

U.S.C. § 7103.  To the extent that plaintiff is alleging that the government was a holdover tenant under the terms of a specific lease, plaintiffs must demonstrate that he has satisfied the requirements for a CDA claim or consider withdrawing the claim until he can meet the CDA's jurisdictional requirements.

3. Whether plaintiff may bring this lawsuit on his own behalf.  In that connection, the plaintiff's amended complaint should whether he is the owner of the property at issue under Afghan law in that the documents that have been identified in this case refer to plaintiff as a representative of his father or of his father's heirs.

Following the filing of the amended complaint, the parties shall submit a joint status report proposing a schedule for moving forward with this litigation on or before **April 15, 2015**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge