# United States Court of Federal Claims

717 MADISON PLACE, NW
WASHINGTON, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

September 28, 2015

James R. Sweet, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

     Re: *Muhammad Tariq Baha v. United States*, No. 14-494C

Dear Mr. Sweet:

  On August 24, 2015, Judge Nancy B. Firestone issued an opinion in the above-referenced case granting the government's motion to require notice to interested parties. In accordance with the opinion and RCFC 14(b)(4), please find enclosed the Notices to be issued on the eight individuals named in Judge Firestone's opinion. As provided in RCFC 14(b)(4)(A), it is the moving party's responsibility to cause the Notices to be served on the persons to be notified.

  If you have any questions, please feel free to contact the Clerk's Office at (202) 357-6406. Thank you.

            Sincerely,

            */s/ Joan W. Goldfrank*
            Joan W. Goldfrank
            Director of Operations

Enclosures

cc: Judge Nancy B. Firestone
  Mogeeb Weiss, Esquire

# In the United States Court of Federal Claims



**MUHAMMAD TARIQ BAHA**

vs.    No. 14-494C

**THE UNITED STATES**

# NOTICE

To:  Qudsia Badghisy
     In care of Yegana Badghisy
     502 Patterson View SW
     Calgary, Alberta T3H3J9
     CANADA

Pursuant to 41 U.S.C. § 114(b), 58 Stat. 649, you are hereby notified to appear within forty-two (42) days after service of this Notice upon you, and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this court. If you fail to appear and assert a claim or interest in the subject matter of this suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Plaintiff's Amended Complaint, Defendant's Motion to Provide Notice to Interested Parties, and the August 24, 2015, Opinion Denying the Government's Renewed Motion to Dismiss.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 28th day of September, 2015.

**Hazel C. Keahey**
Clerk, U.S. Court of Federal Claims

By: _____
    Deputy Clerk

## RETURN OF SERVICE

Service of the above Notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on _____.
                                (Date)

_____
Attorney of Record

# In the United States Court of Federal Claims

**MUHAMMAD TARIQ BAHA**

vs.                                                                                                      No. 14-494C

**THE UNITED STATES**

## NOTICE

To:   Fahima Ahrary
      Ascherring 11
      21035 Hamburg,
      GERMANY

    Pursuant to 41 U.S.C. § 114(b), 58 Stat. 649, you are hereby notified to appear within forty-two (42) days after service of this Notice upon you, and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this court. If you fail to appear and assert a claim or interest in the subject matter of this suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Plaintiff's Amended Complaint, Defendant's Motion to Provide Notice to Interested Parties, and the August 24, 2015, Opinion Denying the Government's Renewed Motion to Dismiss.**

    In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 28th day of September, 2015.

**Hazel C. Keahey**
Clerk, U.S. Court of Federal Claims

By: _____
     Deputy Clerk

### RETURN OF SERVICE

    Service of the above Notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on _____.
                   (Date)

_____
Attorney of Record

# In the United States Court of Federal Claims

**MUHAMMAD TARIQ BAHA**

vs.

**THE UNITED STATES**

No. 14-494C

COPY

# NOTICE

To:   Fariha Samadzada
      5838 Montevino Dr.
      San Jose, CA  95123

    Pursuant to 41 U.S.C. § 114(b), 58 Stat. 649, you are hereby notified to appear within forty-two (42) days after service of this Notice upon you, and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this court. If you fail to appear and assert a claim or interest in the subject matter of this suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Plaintiff's Amended Complaint, Defendant's Motion to Provide Notice to Interested Parties, and the August 24, 2015, Opinion Denying the Government's Renewed Motion to Dismiss.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 28th day of September, 2015.

**Hazel C. Keahey**
Clerk, U.S. Court of Federal Claims

By: _____
    Deputy Clerk

## RETURN OF SERVICE

    Service of the above Notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on _____.
                            (Date)

_____
Attorney of Record

# In the United States Court of Federal Claims

MUHAMMAD TARIQ BAHA

vs.                                                                                          No. 14-494C

THE UNITED STATES

## NOTICE

To:   Mohammad Hamid Baha
      47 Kincora View NW
      Calgary, Alberta T3R1M4
      CANADA

    Pursuant to 41 U.S.C. § 114(b), 58 Stat. 649, you are hereby notified to appear within forty-two (42) days after service of this Notice upon you, and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this court. If you fail to appear and assert a claim or interest in the subject matter of this suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Plaintiff's Amended Complaint, Defendant's Motion to Provide Notice to Interested Parties, and the August 24, 2015, Opinion Denying the Government's Renewed Motion to Dismiss.**

    In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 28th day of September, 2015.

**Hazel C. Keahey**
Clerk, U.S. Court of Federal Claims

By: _____
      Deputy Clerk

### RETURN OF SERVICE

    Service of the above Notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on _____.
                (Date)

_____
Attorney of Record

# In the United States Court of Federal Claims



**MUHAMMAD TARIQ BAHA**

vs.  No. 14-494C

**THE UNITED STATES**

## NOTICE

To:  Afifa Baha
    28863 Bay Heights Rd.
    Hayward, CA  94542

Pursuant to 41 U.S.C. § 114(b), 58 Stat. 649, you are hereby notified to appear within forty-two (42) days after service of this Notice upon you, and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this court. If you fail to appear and assert a claim or interest in the subject matter of this suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Plaintiff's Amended Complaint, Defendant's Motion to Provide Notice to Interested Parties, and the August 24, 2015, Opinion Denying the Government's Renewed Motion to Dismiss.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 28th day of September, 2015.

**Hazel C. Keahey**
Clerk, U.S. Court of Federal Claims

By: _____
      Deputy Clerk

## RETURN OF SERVICE

Service of the above Notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested.  See return receipt attached showing service on _____.
                         (Date)

_____
Attorney of Record

# In the United States Court of Federal Claims



**MUHAMMAD TARIQ BAHA**

vs.                                                                                    No. 14-494C

**THE UNITED STATES**

# NOTICE

To:   Tooba Baha
      4525 Riding Club Ct.
      Hayward, CA  94542

    Pursuant to 41 U.S.C. § 114(b), 58 Stat. 649, you are hereby notified to appear within forty-two (42) days after service of this Notice upon you, and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this court. If you fail to appear and assert a claim or interest in the subject matter of this suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Plaintiff's Amended Complaint, Defendant's Motion to Provide Notice to Interested Parties, and the August 24, 2015, Opinion Denying the Government's Renewed Motion to Dismiss.**

    In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 28th day of September, 2015.

**Hazel C. Keahey**
Clerk, U.S. Court of Federal Claims

By: _____
      Deputy Clerk

## RETURN OF SERVICE

    Service of the above Notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested.  See return receipt attached showing service on _____.
                         (Date)

_____
Attorney of Record

# In the United States Court of Federal Claims



**MUHAMMAD TARIQ BAHA**

vs.                                                              No. 14-494C

**THE UNITED STATES**

## NOTICE

To:   Mohammad Khalid Baha
      661 Logan Lane
      Danville, CA  94526

    Pursuant to 41 U.S.C. § 114(b), 58 Stat. 649, you are hereby notified to appear within forty-two (42) days after service of this Notice upon you, and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this court. If you fail to appear and assert a claim or interest in the subject matter of this suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Plaintiff's Amended Complaint, Defendant's Motion to Provide Notice to Interested Parties, and the August 24, 2015, Opinion Denying the Government's Renewed Motion to Dismiss.**

    In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 28th day of September, 2015.

**Hazel C. Keahey**
Clerk, U.S. Court of Federal Claims

By: _____
     Deputy Clerk

### RETURN OF SERVICE

    Service of the above Notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested.  See return receipt attached showing service on _____.
                (Date)

_____
Attorney of Record

# In the United States Court of Federal Claims



**MUHAMMAD TARIQ BAHA**

vs.   No. 14-494C

**THE UNITED STATES**

## NOTICE

To:   Kobra Baha Kakar
      4525 Riding Club Ct.
      Hayward, CA  94542

Pursuant to 41 U.S.C. § 114(b), 58 Stat. 649, you are hereby notified to appear within forty-two (42) days after service of this Notice upon you, and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this court. If you fail to appear and assert a claim or interest in the subject matter of this suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Plaintiff's Amended Complaint, Defendant's Motion to Provide Notice to Interested Parties, and the August 24, 2015, Opinion Denying the Government's Renewed Motion to Dismiss.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 28th day of September, 2015.

**Hazel C. Keahey**
Clerk, U.S. Court of Federal Claims

By: _____
   Deputy Clerk

### RETURN OF SERVICE

Service of the above Notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested.  See return receipt attached showing service on _____.
                                    (Date)

_____
Attorney of Record