# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MUHAMMAD TARIQ BAHA, ) | |
| ) | |
| Plaintiff, ) | Nos. 14-CV-494, 15-CV-1349 (consolidated) |
| ) | |
| and ) | Senior Judge Firestone |
| ) | |
| MOHAMMAD KHALID BAHA *et al.*, ) | |
| ) | |
| Pro Se Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE OF ANDREW W. LAMB FOR DEFENDANT

Please enter the appearance of Andrew W. Lamb as lead attorney of record for defendant the United States in both consolidated cases referenced above. Mr. Lamb will be replacing attorney James Robert Sweet in both of these cases. Hereafter, service of all papers by opposing parties in these cases should be addressed to:

> Andrew W. Lamb
> Trial Attorney
> United States Department of Justice
> Civil Division, Commercial Litigation Branch
> P.O. Box 480, Ben Franklin Station
> Washington, DC 20044

March 23, 2017

/s/ Andrew W. Lamb
ANDREW W. LAMB
Trial Attorney
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-0465
Facsimile: (202) 307-0972
Andrew.Lamb@usdoj.gov

1

## CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury that, on March 23, 2017, I electronically filed a copy of the foregoing using the CM/ECF system, which sent a notification of such filing to all counsel of record, and caused to be placed in the United States mail (first-class, postage prepaid) one copy of the foregoing for each individual listed below, with each such copy addressed to its recipient as shown below.

| | |
|---|---|
| MOHAMMAD KHALID BAHA<br>661 Logan Lane<br>Danville, CA 94526 | QUDSIA BADGHISY<br>206 Sierra Vista Bay SW<br>Calgary, AB T3H3B8<br>CANADA |
| MOHAMMED HAMID BAHA<br>47 Kincora View NW<br>Calgary, AB T3R1M4<br>CANADA | FARIHA SAMADZADA<br>5838 Montiveno Drive<br>San Jose, CA 95123 |
| FAHIMA AHRARY<br>Ascherring 11<br>Hamburg 21035<br>GERMANY | AFIFA BAHA<br>10060 Longview Drive<br>Lone Tree, CO 80124 |
| TOOBA BAHA<br>4525 Riding Club Court<br>Hayward, CA 94542 | KOBRA BAHA KAKAR<br>4525 Riding Club Court<br>Hayward, CA 94542 |

        /s/ Andrew W. Lamb