# In the United States Court of Federal Claims

Nos. 14-494C & 15-1349C
**CONSOLIDATED**
(Filed: April 3, 2017)

| | |
|---|---|
| MUHAMMAD TARIQ BAHA, | ) |
| Plaintiff, | ) |
| and | ) |
| BAHA, et al., | ) |
| *Pro Se* Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

**O R D E R**

In light of the parties' representations in their joint status report (ECF No. 41), filed March 31, 2017, that the state court litigation in <u>Baha v. Baha</u>, MSC14-091927 (Contra Costa Co. Sup. Ct.) was dismissed with prejudice on March 15, 2017, the court **ORDERS** as follows:

(1)  The court **LIFTS** the stay of proceeding in the above-captioned consolidated cases.

(2)  Defendant shall have until **May 19, 2017** to respond to the March 10, 2015 amended complaint filed by Muhammad Tariq Baha (Case No. 14-494C, ECF No. 14) and the November 9, 2015 complaint filed by the pro se plaintiffs (Case No. 15-1349, ECF NO. 1).

**IT IS SO ORDERED.**

                                                s/Nancy B. Firestone
                                                NANCY B. FIRESTONE
                                                Senior Judge